**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 25-31265-CGB** |
| **PAULLRICK INVESTMENTS, INC.,** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

**TRUSTEE'S NOTICE OF RESIGNATION**
**AND REPORT OF NO ADMINISTRATION**

I, Aldo Lopez, hereby resign as Trustee of the above-numbered and styled case subject to the approval of the U.S. Trustee, and respectfully report the following:

I have neither received any property nor paid any money on account of this estate.

I declare under penalty of perjury that the foregoing Report is true and correct, and request this Report be approved and that I be discharged as trustee in this case.


Dated: May 26, 2026

*/s/ Aldo Lopez*
ALDO R. LOPEZ, Trustee
SBT 24060185
5822 Cromo Dr., Ste 400
El Paso, TX 79912
Tel: (915) 832-7200
Email: alopeztrustee@gmail.com
CHAPTER 7 TRUSTEE

# <u>CERTIFICATE OF REVIEW</u>

The United States Trustee has reviewed and approved the foregoing Report for compliance with Title 11 of the United States Code.

Kevin Epstein
United States Trustee
Region 7

_____

Gary Wright
Assistant US Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Tel: (512) 916-5329
Mobile: (202) 309-3770
Email: Gary.Wright3@usdoj.gov