# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25−31265−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **Paullrick Investments, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**8/31/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*
*511 E. San Antonio Ave., Rm. 444*
*EL PASO, TX 79901*

*MAIL COPY OF PROOF OF CLAIM TO:*

*John Patrick Lowe*
*2402 East Main Street*
*Uvalde, TX 78801*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 6/1/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

In re:

Paullrick Investments, Inc.

     Debtor

Case No. 25-31265-cgb

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Paullrick Investments, Inc., 850 Silverwood Ct, Lake Zurich, IL 60047-2844 |
| 19026006 | | ASCAP, Po Box 331608, Nashville, TN 37203-7515 |
| 19026001 | + | Airmax Go Heating, Cooling & Refrigeration, LLC, 728 Teichelkamp Dr, El Paso, TX 79928-7436 |
| 19026002 | + | Allenort Enterprises, Inc., 850 Silverwood Ct., Lake Zurich, IL 60047-2844 |
| 19026003 | + | Amp Audio, PO Box 17566, El Paso, TX 79917-7566 |
| 19026004 | + | Anais Araujo, c/o Raymond Martinez, 2110 E Yandell Dr, El Paso, TX 79903-3516 |
| 19026005 | + | Andrew L. Ainsa, Ainsa Hutson Hester & Crews, LLP, 5809 Acacia Cir, El Paso, TX 79912-4859 |
| 19026009 | + | Daybook Bookkeeping, 1790 N Lee Trevino Dr 315, El Paso, TX 79936-4525 |
| 19026010 | | Diana Valdez, Moss Legal Group, PLLC, 5845 Cromo Dr Ste 2, El Paso, TX 79912-5574 |
| 19026011 | + | El Paso Bar Supply, 11601 Pellicano Dr, El Paso, TX 79936-6279 |
| 19026012 | + | El Paso Disposal, PO Box 660177, Dallas, TX 75266-0177 |
| 19026015 | + | El Paso Water Utilities, PO Box 511, El Paso, TX 79961-0511 |
| 19026017 | + | Food King Cost Plus Food, c/o Pay and Save, Inc., PO Box 1430, Littlefield, TX 79339-1430 |
| 19026018 | + | Glazer's Beer and Beverage of Texas, 7801 Trade Center Ave, El Paso, TX 79912-8495 |
| 19026019 | | Inter Iberica Investments, SP Z 00 Plac Dabrowskiego 1, Poland PL 00-57 |
| 19026021 | | Internal Revenue Service, Po Box 267 Stop 812, Covington, KY 41018 |
| 19026022 | + | J&G Silva, 9180 Socorro Rd B-200, El Paso, TX 79907-6645 |
| 19026041 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 19026023 | + | Juanito's Liquor Store, 7810 N Loop Dr, El Paso, TX 79915-3027 |
| 19026024 | + | L&F Distributors of El Paso, 6949 Market Ave, El Paso, TX 79915-1111 |
| 19026025 | | NuCO2, PO Box 417902, Boston, MA 02241-7902 |
| 19026027 | + | Paull Kaiser, 127 Sundance Ct, Santa Teresa, NM 88008-9304 |
| 19026028 | + | Pebble Village, Ltd., 9434 Viscount 155, El Paso, TX 79925-7003 |
| 19026030 | + | Restaurant Depot, 1430 Lee Trevino Dr M, El Paso, TX 79936-6427 |
| 19026032 | + | Spec's Liquor, c/o Spec's Family Corp., or Spec's Family Partners, Ltd., 2410 Smith St, Houston, TX 77006-2316 |
| 19026040 | + | TGroup Properties, LLC, Blanca Pedroza, 9434 Viscount 155, El Paso, TX 79925-7003 |
| 19026038 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 19026043 | + | Vicencio's, 6936 Gtwy Blvd East, El Paso, TX 79915-1105 |
| 19026044 | + | Waste Connections, 5539 El Paso Drive, El Paso, TX 79905-2907 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Jun 02 2026 03:17:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 01 2026 23:31:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 19026008 | + | Email/Text: CSCBNC@cscglobal.com | Jun 01 2026 23:31:00 | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 19026013 | ^ | MEBN | | |

| | | | Jun 01 2026 23:22:37 | El Paso Electric, PO Box 650801, Dallas, TX 75265-0801 |
| 19026016 | + | Email/Text: rmurphy1@firstinsurancefunding.com | Jun 01 2026 23:31:00 | First Insurance Funding Corporation, 450 Skokie Blvd 1000, Northbrook, IL 60062-7917 |
| 19026020 | | EDI: IRS.COM | Jun 02 2026 03:17:00 | Internal Revenue Service, Centralized Insolvency Office, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19026041 | | EDI: JCTM | Jun 02 2026 03:17:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 19027786 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 01 2026 23:30:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 19026007 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 01 2026 23:30:00 | City of El Paso, c/o Don Stecker, Weston Center, 112 E Pecan St Ste 22, San Antonio, TX 78205-1588 |
| 19026014 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 01 2026 23:30:00 | El Paso Tax Assessor-Collector, PO Box 2992, El Paso, TX 79999 |
| 19026025 | ^ | MEBN | Jun 01 2026 23:22:01 | NuCO2, PO Box 417902, Boston, MA 02241-7902 |
| 19026029 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 01 2026 23:30:00 | Progressive Insurance, PO Box 984105, Los Angeles, CA 90189-0001 |
| 19026031 | + | Email/Text: lrsc.legal@sba.gov | Jun 01 2026 23:30:00 | Small Business Administration, Little Rock Commercial, Loan Servicing Center, 2120 Riverfront Drive 100, Little Rock, AR 72202-1794 |
| 19026033 | + | Email/Text: dl-csgbankruptcy@charter.com | Jun 01 2026 23:31:00 | Spectrum, 7010 Airport Rd, El Paso, TX 79906-4941 |
| 19026036 | | Email/Text: pacer@cpa.state.tx.us | Jun 01 2026 23:31:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, PO Box 13528, Austin, TX 78711-3528 |
| 19026034 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 01 2026 23:31:00 | Texas Alcohol & Beverage Commission, Licensing & Permits Division, Po Box 13127 120, Austin, TX 78711-3127 |
| 19026035 | | Email/Text: bcd@oag.texas.gov | Jun 01 2026 23:30:00 | Texas Attorney General's Office, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 19026039 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 01 2026 23:31:00 | Texas Workforce Commission, TWC Building - Regulatory Integrity Div, 101 E 15th St, Austin, TX 78778-0001 |
| 19026042 | ^ | MEBN | Jun 01 2026 23:21:40 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave Nw, Washington, DC 20530-0009 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19027790 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 19026026 | * | Paullrick Investments, Inc., 850 Silverwood Ct, Lake Zurich, IL 60047-2844 |
| 19026037 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, Po Box 13528, Austin, TX 78711-3528 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Don Stecker | |
| | on behalf of Creditor City Of El Paso don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com |
| James Kerby Jopling | |
| | on behalf of Debtor Paullrick Investments  Inc. jim@joplinglaw.com, JimKJoplingAttorneyatLaw@jubileebk.net,paralegal@joplinglaw.com |
| John Patrick Lowe | |
| | pat.lowe.law@gmail.com  plowe@ecf.axosfs.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4